**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000425
22-JAN-2024
08:06 AM
Dkt. 55 OAWST**

NO. CAAP-23-0000425

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
KASEY NOBRIGA-PACHECO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 1PC151001935)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Nakasone and McCullen, JJ.)

Upon consideration of the January 5, 2024 Stipulation for Dismissal of Appeal (**Stipulation**) filed by Defendant-Appellant Kasey Nobriga-Pacheco, the papers in support, and the record, it appears that: (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal, and indicate that no fees or costs are outstanding; (3) the Stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) the Stipulation is supported by a declaration that reflects a knowing and intelligent understanding of the consequences of the dismissal of the appeal and that the dismissal is made voluntarily; and (5) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b) and (c).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, January 22, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge

2